# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **YUSUF WARRICK,** | : | |
|     **Plaintiff,** | : | **CIVIL ACTION NO. 25-cv-0076** |
| | : | |
| **v.** | : | |
| | : | |
| **GINA CLARK,** *et al.***,** | : | |
|     **Defendants.** | : | |

## ORDER

AND NOW, this 8th day of April, 2025, upon consideration of Yusuf Warrick's *pro se* Complaint (ECF No. 1), it is **ORDERED** that:

1. Warrick's Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915A(b)(1) for the reasons stated in the Court's Memorandum.

2. The Clerk of Court shall **CLOSE** this case.

                                              **BY THE COURT:**

                                              */s/ John Milton Younge*
                                              **JOHN MILTON YOUNGE, J.**